# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ADRIAN L GOMEZ<br>           Defendant. | Location Code/Violation Number: CA76   1865211<br>USDC Case Number:<br><br>**ORDER TO PAY FIXED-SUM IN LIEU OF APPEARANCE**<br>**(Violation Notice)** |

Defendant has agreed to pay a fixed-sum in lieu of appearance in court on the following charge(s) and to pay that fixed sum on the payment schedule ordered below:

| Charge(s): | Nature of Charge(s) |
|---|---|
| **CVC 14601.1** | **Driving Behind Suspended** |

### ACCORDINGLY, YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

☑ **PAY** a fine in the amount of $560.00, a special assessment of $10.00 and a $30.00 processing fee for a total financial obligation of $600.00, due immediately or in monthly payments of $600.00 per month commencing on _____ and payable each month thereafter by the _____ of the month until paid in full. The entire financial obligation must be paid in full by __December 28, 2018__.

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

| ☐ CENTRAL VIOLATIONS BUREAU<br>P.O. Box 71363<br>Philadelphia, PA 19176-1363<br>1-800-827-2982<br>        -or-<br>Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line" | ☑ CLERK, United States District Court<br>Eastern District of California- Fresno Division<br>2500 Tulare Street, Suite 1501<br>Fresno, CA 93721 |
|---|---|

Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

Dated: __11/29/18__

                                                          /s/ Jeremy D. Peterson

                                                          Jeremy D. Peterson<br>                                                          United States Magistrate Judge

*Cal-Ed (Fresno)- Mis 4 (Rev. 12/14)*

  cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials  WK